# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1813

_____

Larry D. Muldrow

*Plaintiff - Appellant*

v.

State of Arkansas; Hempstead County, Arkansas; Miller County, Arkansas;
Nakesha Phoenix, HUD Official; Bancorp South/Cadence Bank; Social Security
Administration; State Trooper Corwin Battle; Cyber Security, Acting in concert
with all relevant times

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: November 9, 2023
Filed: November 15, 2023
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Larry D. Muldrow appeals the district court's[1] preservice dismissal of his civil action under 28 U.S.C. § 1915(e)(2) and denial of his post-judgment motions. Having carefully reviewed the record and Muldrow's filings on appeal, we conclude that Muldrow failed to state a claim on which relief may be granted, and has presented no basis for reversal. <u>See</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review); Fed. R. App. P. 27(a)(2)(A).

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B. All pending motions are denied.

_____

---

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.